RUBEN RODRIGUEZ, on behalf of
himself and all others similarly situated,

        Plaintiff,

v.                                        Case No.  8:10-cv-2402-T-24 TGW

ACCURATE INVENTORY &
CALCULATING SERVICE OF
FLORIDA, INC., ET AL.,

        Defendants.
_____/

## ORDER

      This cause comes before the Court on Plaintiff and Defendants AICS Group, LLC and

Independent Inventory and Calculating Service, Inc.'s Joint Motion to Extend Deadlines.  (Doc.

No. 95).  As explained below, the motion is granted.

## I.  Background

      Plaintiff filed an amended complaint against several defendants.  (Doc. No. 53).  The

amended complaint is not a model of clarity, and the defendants identified in the caption do not

completely match the defendants identified in the body of the amended complaint.  Despite the

inconsistencies, it appears that Plaintiff is attempting to assert claims against five defendants: (1)

Accurate Inventory and Calculating Service of Florida, Inc., (2) Independent Inventory Service,

Inc. d/b/a/ AICS of West Florida, (3) AICS Holdings, LLC, (4) AICS Group, LLC, and (5) AICS

of West Florida.  Plaintiff asserts the following claims against all of the defendants: (1) violation

of the FLSA, (2) violation of the Florida Minimum Wage Act, (3) breach of contract, (4)

conversion, and (5) unjust enrichment.

After filing the amended complaint, Plaintiff filed two class certification motions. Specifically, Plaintiff filed a motion to conditionally certify a collective action for the FLSA claim, with the class consisting of Florida auditors employed by AICS Group, LLC and Independent Inventory Services, Inc. d/b/a AICS of West Florida. (Doc. No. 92). Additionally, Plaintiff filed a motion for class certification regarding the remaining state law claims, with the class consisting of auditors employed by AICS Group, LLC and Independent Inventory Services, Inc. d/b/a AICS of West Florida. (Doc. No. 94).

## II.  Motion to Extend Deadlines

In the instant motion, Plaintiff and Defendants AICS Group, LLC and Independent Inventory and Calculating Service, Inc. d/b/a AICS of West Florida have agreed to the following, contingent on approval from the Court: (1) AICS Group, LLC will consent to conditional certification of a statewide class of auditors for the FLSA claim; (2) the parties will work to finalize an agreed upon Court-authorized notice for the collective class for the FLSA claim; (3) the parties will mediate on July 9, 2012 with Rodney Max; (4) Plaintiff will withdraw his conditional certification motion to the extent that it relates to Independent Inventory and Calculating Service, Inc. d/b/a AICS of West Florida;[1] and (5) if the case does not settle at mediation, the parties jointly request that the Court extend the deadline for AICS Group, LLC and Independent Inventory and Calculating Service, Inc. d/b/a AICS of West Florida to respond to the class certification motion (regarding the state law claims) until August 8, 2012.  Upon

---

[1]The Court notes that the amended complaint asserts claims against  Independent Inventory Service, Inc. d/b/a/ AICS of West Florida, but the class certification and conditional certification motions seek relief against Independent Inventory *and Calculating* Service, Inc. d/b/a AICS of West Florida.  Given the inconsistency within the amended complaint and among the filings with the Court, the Court suggests that Plaintiff corrects these defects.

consideration, the Court will extend the deadline for AICS Group, LLC and Independent Inventory and Calculating Service, Inc. d/b/a AICS of West Florida to respond to the class certification motion (regarding the state law claims) until August 8, 2012.

## III. Conclusion

Accordingly, it is ORDERED AND ADJUDGED that:

(1)     Plaintiff's motion for conditional certification for the FLSA claim (Doc. No. 92) is **GRANTED IN PART AND DENIED IN PART**: The motion is **GRANTED** to the extent that the Court conditionally certifies a collective class consisting of Florida auditors employed by AICS Group, LLC.  Otherwise, the motion is **DENIED.**  The parties are directed to work to finalize an agreed upon Court-authorized notice for the collective class, and Plaintiff is directed to file a motion for approval by the Court by August 8, 2012.[2]

(2)     The parties are directed to mediate on July 9, 2012 with Rodney Max.

(3)     If the case does not settle at mediation, AICS Group, LLC and Independent Inventory and Calculating Service, Inc. d/b/a AICS of West Florida shall respond to the class certification motion (regarding the state law claims) by August 8, 2012.

_____

[2]The Court notes that in the motion for conditional certification, Plaintiff requests that the collective class consist of Florida auditors employed by AICS Group, LLC. since October 26, 2007.  However, because the limitation period for FLSA claims is three years if the violation was willful, the basis for the request that the class include auditors employed since 2007 is unclear. The parties should address this issue in the motion for Court approval of their Court-authorized notice.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of June, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record